SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF BRONX   PART 14

---

The People of the State of New York

V

Villa, Guillermo

Defendant

---

JURY TRIAL WAIVER

Case No. 3376-11

I, the defendant herein, having been indicted for the crimes(s) of Murder 2° and having been informed of my right to be tried by a jury, do hereby waive my right to a trial by jury as guaranteed me by the constitution of the United States of America and the State of New York, and by Section 320.10 of the Criminal Procedure law, and consent to a trial by the Court without a jury.

Dated: JAN 30 2014

_____
Defendant

_____
Attorney for the Defendant

The above named defendant appeared before this Court on this date and in open court, in the presence of this Court, and with the approval of this Court, signed the foregoing waiver of a Jury Trial.

Dated: JAN 30 2014

_____
Justice of the Supreme Court

JUDGE DOMENIC R. MASSARO