```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Guillermo Villa,<br><br>                          Petitioner,<br><br>-against-<br><br>Superintendent Mark Passage,<br><br>                          Respondent. | 1:22-cv-02918 (VEC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The deadline for Petitioner to file a reply to Respondent's opposition to the pending habeas petition has expired and no reply has been filed. Any reply by Petitioner shall be filed no later than January 31, 2023. If Petitioner fails to file a reply by January 31, 2023, the Court shall consider this case fully briefed as of that date.

**SO ORDERED.**

Dated:      New York, New York
              December 29, 2022

                                                                                     */s/ Stewart D. Aaron*
                                                                                      _____
                                                                                      STEWART D. AARON
                                                                                      United States Magistrate Judge